UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KAYLA HARRIS,                                                            Plaintiff,

v.                                                      Civil Action No. 3:25-cv-178-DJH-CHL

METALSA STRUCTURAL PRODUCTS,
INC.,                                                                   Defendant.

* * * * *

## **ORDER**

Plaintiff Kayla Harris filed this action against Defendant Metalsa Structural Products, Inc. in Hardin Circuit Court, alleging retaliation and hostile work environment under the Kentucky Civil Rights Act.  (Docket No. 1-1)  Metalsa removed the case to this Court.  (D.N. 1)  The Court referred the matter to Magistrate Judge Colin H. Lindsay "for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues."  (D.N. 13)

Harris's lawyer withdrew from the case on September 26, 2025, and Judge Lindsay ordered Harris to "either cause her new counsel to enter an appearance or notify the Court that she intends to proceed *pro se*" on or before December 1, 2025.  (D.N. 22)  Harris did not comply with that deadline, and Judge Lindsay issued another Order, directing Harris to "cause her new counsel to enter an appearance or notify the Court that she intends to proceed *pro se*" on or before January 30, 2026.  (D.N. 25)  Judge Lindsay warned Harris that failure to do so could result in the dismissal of her case.  (*Id.*)  Harris again failed to comply, and Metalsa moved for an order requiring Harris to show cause for her failure to comply and seeking the costs associated with its motion.  (D.N. 27)  Judge Lindsay granted Metalsa's motion in part and set a show-cause hearing for March 31, 2026, warning Harris that failure to appear could lead to the dismissal of her case.  (D.N. 28,

1

PageID.109)  Harris failed to appear, and Judge Lindsay entered a report and recommendation recommending that the case be dismissed for lack of prosecution and failure to comply with court orders.  (D.N. 30)  The time for objections to Judge Lindsay's recommendation has now run with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and sees no error in Judge Lindsay's conclusion.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 30) is **ADOPTED** in full and **INCORPORATED** by reference herein.  This matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b), **CLOSED**, and **STRICKEN** from the Court's docket.

April 23, 2026

**David J. Hale, Chief Judge**
**United States District Court**